BOYD and PHELPS *vs.* SEELY.

A rule for interlocutory judgment cannot be entered until four days in term after default; nor can notice of assessment be given until after default.

THE default in this case was entered on the 15th November last, and on *the same day* damages were assessed. A motion was made to set aside the rule for interlocutory judgment, and all subsequent proceedings, the latter rule being entered on the same day with the default.

*J. A. Collier*, for defendant.

*G. I. Grosvenor*, for plaintiff.

*By the Court*, SUTHERLAND, J. It was irregular to enter a rule for interlocutory judgment until four days in term had intervened after the entry of the default. (8*th Rule of April term*, 1796.) Besides, there could not have been notice of assessment in this case, which, and notice of inquiry, cannot be given until after default, though it may be given previous to the entry of rule for interlocutory judgment. (2 *Caines*, 109. 12 *Johns. R.* 151.)

Motion granted.